THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Calvin Bernard Sanders, Appellant.
 
 
 

Appeal From Darlington County
Howard P. King, Circuit Court Judge
Unpublished Opinion No.  2009-UP-469
Submitted October 1, 2009  Filed October
 13, 2009 
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant
 Legal Counsel John B. Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Calvin Bernard Sanders appeals his
 probation revocation, arguing the trial court erred in revoking his probation without
 first affording him an opportunity for allocution.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]  
APPEAL
 DISMISSED.
HUFF,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.